# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00506-CR

**The State of Texas, Appellant**

**v.**

**Glen Allen Burchers, Appellee**

### FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. C-1-CR-19-200003, THE HONORABLE CHUCK MILLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pending before this Court is the State's Motion to Dismiss Appeal in which the State moves to dismiss its appeal. In accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, the State's motion to dismiss is signed by the attorneys for the State. No decision of this Court having been delivered, the motion is granted, and the appeal is dismissed. *See* Tex. R. App. P. 42.2(a); 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed: September 19, 2019

Do Not Publish